441 A.2d 1225

**COMMONWEALTH of Pennsylvania**

v.

**John RUSH, Appellant.**

Supreme Court of Pennsylvania.

Submitted Jan. 18, 1982.

Decided March 10, 1982.

Thomas I. Puleo, Philadelphia, Court-appointed, for appellant.

Robert B. Lawler, Chief, Appeals Div., Eric I. B. Beller, Asst. Dist. Attys., for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY and HUTCHINSON, JJ.

## OPINION OF THE COURT

FLAHERTY, Justice.

Appellant, John Rush, appeals from the denial of relief under the Post Conviction Hearing Act [PCHA], Act of January 25, 1966, P.L. (1965) 1580, 19 P.S. § 1180–1 to 14 (Supp. 1979–1980). The issue of the admissibility of his confession was decided adversely to him in his direct appeal, *Commonwealth v. Rush*, 459 Pa. 23, 326 A.2d 340 (1974), and is therefore finally litigated. PCHA *supra* at 19 P.S. § 1180–4(a)(3); *Commonwealth v. Slavik*, 449 Pa. 424, 297 A.2d 920 (1972).

Appellant also asserts that his trial counsel were ineffective for not raising objections to hearsay testimony implicating John Rush; to the prosecutor's remarks concerning availability of witnesses to the defense not called but subpoenaed by the Commonwealth; to the prosecutor's remarks made during summation and finally for not raising on appeal the admissibility of a hearsay statement as a dying declaration. Our examination of the record satisfies us that these contentions are without merit. *See Commonwealth ex rel. Washington v. Maroney*, 427 Pa. 599, 235 A.2d 349 (1967). Therefore, the Order of the Court below is affirmed.

McDERMOTT, J., did not participate in the consideration or decision of this case.